UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH CAMPBELL,<br><br>    Plaintiff,<br><br> v.<br><br>BARACK OBAMA, et al.,<br><br>    Defendants. | Case No.: 5:14-cv-03071-PSG<br><br>**ORDER OF RECUSAL** |

  I hereby recuse myself from hearing or determining any matters in the above case. The Clerk of Court shall reassign this case.

**IT IS SO ORDERED.**

Dated: August 26, 2015

              _____
              PAUL S. GREWAL
              United States Magistrate Judge