**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KENNETH L. CAMPBELL,<br><br>  Plaintiff,<br><br>  v.<br><br>BARACK OBAMA, et al.,<br><br>  Defendants. | Case No. 14-cv-03071-BLF<br><br>**ORDER STRIKING PLAINTIFF'S PROPOSED AMENDMENT TO COMPLAINT FILED AUGUST 24, 2015; AND SETTING DEADLINE FOR FILING AMENDED PLEADING IN CONFORMANCE WITH MAGISTRATE JUDGE GREWAL'S ORDER, THIS COURT'S CIVIL LOCAL RULES, AND THE FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiff Kenneth L. Campbell, proceeding *pro se*, commenced this action on July 7, 2014 by filing a complaint against Barack Obama, President of the United States ("Obama"), Sylvia Burwell, Secretary of Health and Human Services ("Burwell"), the State Bar of California ("the State Bar"), Senior Adults Legal Assistance ("SALA"), Kaiser Health Foundation/VA Clacher ("Kaiser"), and others. On December 2, 2014, Magistrate Judge Grewal – to whom the case then was assigned – dismissed on the record all defendants except Obama, Burwell, the State Bar, SALA, and Kaiser. *See* Minute Entry, ECF 104. On February 10, 2015, Judge Grewal issued a written order granting motions to dismiss brought by Obama, Burwell, the State Bar, and SALA, with leave to amend as to claims against those defendants. *See* Order Granting Motions to Dismiss and Denying Motions for Removal, Joinder and Vacation and Withdrawal, ECF 105.

Judge Grewal's order did not set a deadline for amendment to the complaint. On May 19, 2015, Obama and Burwell filed a notice of failure to file amended complaint, suggesting that the Court set a deadline by which Plaintiff could amend. *See* Federal Defendants' Notice Re

Plaintiff's Failure to File Amended Complaint, ECF 106. On August 14, 2015, SALA filed an administrative motion requesting that the Court set a deadline for amendment. *See* Motion for Administrative Relief, ECF 107. On August 17, 2015, Judge Grewal granted the administrative motion and granted Plaintiff seven days within which to file an amended complaint. *See* Order Granting Motion for Administrative Relief, ECF 109. Plaintiff timely filed a "Proposed Amendment to Complaint" on August 24, 2015, *see* ECF 111, along with a joinder in the earlier administrative motion to set a deadline for amendment, *see* ECF 112. The case was reassigned to the undersigned judge on September 1, 2015.

Plaintiff's "Proposed Amendment to Complaint" is defective in two respects. First, it states that "Plaintiff adopts and realleges all paragraphs and provisions of the original verified complaint and incorporates them herein as though fully set-forth in haec verba." Proposed Amendment to Complaint at 1, ECF 111. Incorporation of prior pleadings is not permitted under this Court's Civil Local Rules; an amended complaint must be a full and complete document in and of itself. *See* Civ. L.R. 10-1. Second, Plaintiff's proposed amended pleading purports to add numerous defendants not named in the original complaint. Judge Grewal's order did not grant Plaintiff leave to add new defendants; it stated that "leave to amend is GRANTED for each Defendant dismissed." Order Granting Motions to Dismiss and Denying Motions for Removal, Joinder and Vacation and Withdrawal at 11, ECF 105. Plaintiff must seek leave of Court if he wishes to add new parties or claims to his pleadings. *See* Fed. R. Civ. P. 15(a).

Accordingly, the Court HEREBY STRIKES Plaintiff's "Proposed Amendment to Complaint." Plaintiff is granted until September 24, 2015 to file an amended complaint that conforms with Judge Grewal's order, this Court's Civil Local Rules, and the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: September 3, 2015

_____
BETH LABSON FREEMAN
United States District Judge