# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KENNETH L. CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>BARACK OBAMA, et al.,<br><br>Defendants. | Case No. 14-cv-03071-BLF<br><br>**ORDER DIRECTING CLERK TO FILE LETTER REQUEST FOR ENTRY OF FINAL JUDGMENT; AND DENYING REQUEST**<br><br>[Re: ECF 123] |

On September 16, 2015, Defendant Los Altos Sub-Acute and Rehabilitation Center, erroneously sued as Los Altos Sub-Acute/J. Alvarez and/or Mark Brian, Exc. Director Los Altos Sub Acute ("Los Altos"), submitted to chambers a hard copy of a letter requesting entry of final judgment in its favor. The letter is marked "Chambers Copy," indicating that it is a chambers copy of a filed document. However, the letter has not been filed electronically. The Clerk is HEREBY DIRECTED to file the letter.

On September 16, 2015, the same date upon which the letter was submitted to chambers, Los Altos electronically filed a Proposed Judgment of Dismissal. *See* Proposed Judgment of Dismissal, ECF 123.

Los Altos's request for entry of final judgment is governed by Federal Rule of Civil Procedure 54(b), which provides as follows:

> **(b) Judgment on Multiple Claims or Involving Multiple Parties.** When an action presents more than one claim for relief – whether as a claim, counterclaim, crossclaim, or third-party claim – or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties *only if the court expressly determines that there is no just reason for delay*. Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

1  Fed. R. Civ. P. 54(b) (emphasis added).

2  Neither Los Altos's letter request nor its proposed judgment explain why the Court should
3  make an exception to the general rule that final judgment is entered only after all claims have been
4  adjudicated as to all parties. Accordingly, Los Altos has not demonstrated that "there is no just
5  reason for delay" in entering final judgment as to it.

6  The request for entry of final judgment is DENIED.

7  **IT IS SO ORDERED.**

9  Dated: September 22, 2015

   _____
   BETH LABSON FREEMAN
   United States District Judge